NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMY AKAO,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2012-3001

---

Petition for review of the Merit Systems Protection Board in case no. SF1221100963-W-1.

---

## ON MOTION

---

## ORDER

Amy Akao moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 1 3 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Amy Akao
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 3 2011

JAN HORBALY
CLERK